# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. **2:24-mj-06963-DUTY-1**  CourtSmart **C/S 11/22/2024**  Date: **11/22/2024**

Present: The Honorable **Pedro V. Castillo**, U.S. Magistrate Judge

| **L. Krivitsky for Marlene Ramirez** | **Yervant P. Hagopian** | **n/a** |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. **Oral Watson**

Attorney Present for Defendant: **Kyra Kristine Nickell**

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present
☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**I. PROCEEDINGS:** ☐ IDENTITY HEARING  ☐ REMOVAL HEARING  ☐ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
☐ FURTHER PROCEEDINGS RE _____

☐ Process  ☐ received  ☐ not received
☐ Witness(es) CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information  ☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights.  ☐ Process received.  ☐ Process not received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____ .
☐ Final commitment and warrant of removal are ordered stayed until _____ .
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**   ☑ Contested detention hearing is held.
☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Counsel stipulate to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____  ☐ a.m.  ☐ p.m. for _____ before Judge _____ in courtroom _____ .

☑ Other: Court ORDERS defendant Held to Answer to the Eastern District of Michigan. Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: 11/22/2024 By: Leah Krivitsky

I. _____ : _____
II. _____ : .18
Deputy Clerk Initials **LK**